**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MARGARET MAZUR,

           Respondent

          v.

JAMIE CUTHBERT,

           Petitioner

: No. 272 WAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.